UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TROY JUSTIN DAVIS,

        Defendant.
_____/

Case Number: 14-cr-20365
Honorable Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On May 5, 2015, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant's consent. The Magistrate Judge issued her report on that same day, recommending that this Court accept Defendant's plea of guilty.

Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The election not to file objections to the Magistrate Judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 27) is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement (ECF No. 26) is taken **UNDER ADVISEMENT**.

Dated: May 28, 2015

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 28, 2015.

                                           s/Karri Sandusky
                                           Karri Sandusky, Acting Case Manager